UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IRONWORKERS LOCAL UNION
NO. 808, et al,

    Plaintiffs          Case No. 6:13-CV-1413-ORL-37-GJK

v.

CHAMPION STEEL OF CENTRAL
FLORIDA CORPORATION,

    Defendants.
_____/

## DECLARATION OF REASONABLE ATTORNEY'S FEES

I declare under penalty of perjury that the foregoing is true and correct.

1. Declarant is the attorney for Plaintiffs. He was admitted to the Florida Bar in 1977 and has practiced continually in the State of Florida since that time. He is board certified as a labor and employment lawyer.

2. The Plaintiffs were charged at an hourly rate of $150.00, which is well below market rates in Central Florida for attorneys of comparable experience, reputation and ability.

3. Counsel expended 5.85 hours of time representing the Plaintiffs. A true and accurate copy of the billing records pertaining to this case are attached to this declaration.

4. Therefore, a reasonable attorney's fee in this case is $1,385.50.

5. Costs expended in this action included a summons and filing fee of $410.00, and a payment of $98.00 to a process server for serving the complaint.

Executed on February 27, 2014.

                                               _____
                                               Tobe M. Lev, Esquire

# EGAN, LEV & SIWICA, P.A.
## ATTORNEYS AND COUNSELORS AT LAW

JOSEPH EGAN, JR.  
TOBE M. LEV  
RICHARD P. SIWICA  
SUZANNE TZUANOS  

POST OFFICE BOX 2231  
ORLANDO, FLORIDA 32802-2231  
TEL (407) 422-1400  
FAX (407) 422-3658  

STREET ADDRESS  
231 E. COLONIAL DRIVE  
ORLANDO, FLORIDA  
32801  

February 27, 2014

Regarding: Ironworkers Local 808 - Champion Steel of Central FL Corp.  
Case No.: 6:13-cv-1413-ORL-37GJK  
Client/Matter: 00354-00400

### Services Rendered

| Date | Description | Hours | Rate | Charge |
|---|---|---|---|---|
| 01/23/2014 | INVOICE - from Choice Process for Verified Return of Service | 0.00 | $43.00 | $ 43.00 |
| 01/22/2014 | Conversation with process server and Kendrick re when and how to best serve Champion. | 0.20 | $150.00 | $30.00 |
| 01/16/2014 | review various statutes on service of process; research cases on whether a corporation can be served via the secretary of state; phone conf. w/attorney William Lindemann re whether service could be made on secretary of state; contact Choice Legal Services, speak with Korey, email the new summons, the return of service from Attorney's Legal Services and the statute allowing service on any employee of the Registered Agent if the registered agent was not available. | 1.25 | $150.00 | $187.50 |
| 01/08/2014 | prepare alias summons; file unreturned service of process | 0.25 | $150.00 | $37.50 |
| 01/07/2014 | prepare motion to extend time for service of process; office conf. w/process server | 1.00 | $150.00 | $150.00 |
| 01/07/2014 | Prepare motion to extend time for service of process; office conf. with Attorney's Legal Services re problems in serving defendant. | 1.00 | $150.00 | $150.00 |
| 01/02/2014 | Review returns of service; research service of process statute to determine whether funds could serve secretary of state; phone conf. with Attorney's Legal Services re authority to serve Secretary of State. | 0.60 | $150.00 | $90.00 |

| | | | | |
|---|---|---|---|---|
| 01/02/2014 | INVOICE – from Attorney's Legal for Non-Service of Process | 0.00 | $55.00 | $55.00 |
| 10/17/2013 | Assemble paperwork to serve both state case and federal cases on Elison Marsil. | 0.25 | $150.00 | $37.50 |
| 10/16/2013 | INVOICE - Summons Fee | 0.00 | $10.00 | $10.00 |
| 09/24/2013 | Telephone conference with Attorney's Legal Services re possibility of amending return of service. | 0.15 | $150.00 | $ 22.50 |
| 09/23/2014 | Review summons issued on Champion Steel; instruct staff to get an alias summons issued. | 0.20 | $150.00 | $ 30.00 |
| 09/22/2014 | Review letter from Clerk, instruct staff to send email to process server to redo return of service so that the name of the defendant on the return to service is the same as the name on the summons; check State of Florida web site to find out when Champion Steel incorporated. | 0.35 | $150.00 | $52.50 |
| 09/20/2013 | Telephone conference with Kendrick re serving Marsil; provide instructions to convey to process server along with Marsil's mug shot; review letter from clerk of court of Orange County re default; instruct staff to refile motion for default with return of service and summons. | 0.30 | $150.00 | $45.00 |
| 09/15/2013 | Telephone conference with Kendrick re serving Elison Marsil. | 0.10 | $150.00 | $15.00 |
| 09/13/2013 | RECEIPT – for Federal Court filing fee | 0.00 | $400.00 | $400.00 |
| 09/11/2013 | Email and call Kendrick and Nelson Colon to arrange service of process on Champion. | 0.20 | $150.00 | $30.00 |
| **TOTALS** | | **5.85** | | **$1,385.50** |

TOTAL Attorney's Time – 5.85 hrs @ $150.00 per hour = $877.50
TOTAL Attorney's Costs - $508.00

2